AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | | |
|---|---|---|
| GRAMMERCY PRODUCE, INC. | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No.  18-CV-5868 |
| GREEN SUMMIT GROUP LLC a/k/a THE SUMMIT GROUP, TODD A. MILLMAN and PETER SCHATZBERG | ) | |
| | ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Green Summit Group LLC       Todd A, Millman          Peter Schatzberg
a/k/a The Summit Group       c/o Bread Market Cafe    c/o Lippes Mathias Wexler
T.M. Management              1290 6th Avenue           Friedman LLP
16 East 45th Street, 5th Fl  New York, NY10104        50 Fountain Plaza, Ste.1700
New York, NY 10036                                    Buffalo, NY 14202

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.  18-CV-5868

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* ........................................................................................

was received by me on *(date)* ......................... .

☐ I personally served the summons on the individual at *(place)* ...........................................................

.......................................................................... on *(date)* ..................... ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* ........................

.......................................................... , a person of suitable age and discretion who resides there,

on *(date)* ........................... , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* ...................................................... , who is

designated by law to accept service of process on behalf of *(name of organization)* ...............................

.......................................................... on *(date)* ..................... ; or

☐ I returned the summons unexecuted because ............................................................... ; or

☐ Other *(specify):*


My fees are $ ..................... for travel and $ ..................... for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.


Date: ........................

......................................................
*Server's signature*

......................................................
*Printed name and title*

......................................................
*Server's address*

Additional information regarding attempted service, etc: