| 9/25/2018 | Kreinces & Rosenberg, P.C. | |
|---|---|---|
| 11:54 AM | Funds Transaction Listing | Page    1 |

## Selection Criteria

Clie.Selection      Include: JSO Assoc vs. Pierre's Ice
Fund.Classification Open

'B' for Billed.  'P' for Posted.

| ID Date/Chk # | Type Invoice # | Client Account Name | Total |
|---|---|---|---|
| 695 5/9/2018 | PAYT Payment to account | JSO Assoc vs. Pierre's Ice Default | 500.00 |
| 708 7/24/2018 | PAYT Payment to account | JSO Assoc vs. Pierre's Ice Default | 10400.00 |

Grand Total
   Payment To Account                                                                      10900.00