

**KREINCES & ROSENBERG, P.C.**
*Attorneys At Law*

**Leonard Kreinces**

**Howard S. Rosenberg**
Admitted to Practice NY & CT

**Donna Murphy**
Paralegal

900 Merchants Concourse
Suite 305
Westbury, New York 11590
Tel (516) 227-6500
Fax (516) 227-6594
www.kresq.com

September 25, 2018

VIA ECF
Hon. Jesse M. Furman
United States District Judge
Thurgood Marshall
United States Courthouse
Courtroom 1105
40 Foley Square
New York, New York  10007

   Re: Gramercy Produce, Inc. v. Green Summit Group LLP a/k/a Green Summit Group
     LLC and Todd Millman
     Case No.: 18-cv-5868

Dear Judge Furman:

  There is a conference before the Court on October 4, 2018 in the above-entitled action. Also, the deadline for mediation is October 4, 2018.

  I have filed an amended summons and amended complaint, naming an additional defendant, Peter Schatzberg, in this action. Therefore, I respectfully request an adjournment of the conference to a date in late October to permit the defendant to appear in the law suit, as well as an extension of mediation for the same reason.

  The courtesy and cooperation of Chambers is greatly appreciated.

               Very truly yours,

               LEONARD KREINCES

LK/lc
Enc.
cc: Jonathan M. Herman, Esq. (via email)
   Mediation Office ( via email)
   Joseph D. Lockinger, Esq. (via email)

Z:\kreinces1\WORK\General\Gramercy Produce, Inc v. The Green Summit Group #18-18\Judge Furman.ltr.9.18.18.wpd