

**Tannenbaum Helpern Syracuse & Hirschtritt** LLP

900 Third Avenue New York, NY 10022-4775
Tel: (212) 508-6700 | Fax: (212) 371-1084
www.thsh.com | @THSHLAW

**Joseph D. Lockinger**
(212) 508-6714
lockinger@thsh.com

September 27, 2018

**BY ECF**

The Honorable Jesse M. Furman, U.S.D.J.
United States District Court
Southern District of New York
40 Centre Street, Room 2202
New York, NY 10007

    Re:    Request for an Extension of Time to Respond to Amended Complaint
                *Gramercy Produce Inc. v. Green Summit LLC, et al.*
                Case No.: 18-cv-5868-JMF

Dear Judge Furman:

       We are the attorneys for Green Summit LLC ("Green Summit") and Todd Millman ("Millman")(hereinafter referred to as "Defendants") in the above-referenced action brought pursuant to the Perishable Agricultural Commodities Act, and we write on behalf of Defendants to respectfully request a 30-day extension of time for Defendants to respond to the Amended Complaint.

       On September 13, 2018, Plaintiff filed an Amended Complaint (Dkt. No. 10) naming a new defendant, Peter Schatzberg. Subsequently, on September 25, 208, Plaintiff requested that the deadline to complete mediation and the initial pretrial conference be rescheduled in this case (Dkt. No. 23). The Court granted the Plaintiff's request and the initial pretrial conference was recently adjourned to November 1, 2018 (Dkt. 24). Defendants' current deadline to respond to the Amended Complaint is September 27, 2018. Defendants previously requested an extension of time to respond to the Complaint, which was granted. (Dkt. No. 8). Our current request is being made in order to permit our firm additional time to conduct a thorough investigation into the allegations contained in the Amended Complaint.

[1079908-1]

Honorable Jesse M. Furman
September 27, 2018
Page 2 of 2

    Accordingly, we request that Defendants' deadline to respond to the Amended Complaint be extended to October 29, 2018. The requested extension will not impact any existing deadline as the Initial Pretrial Conference is not scheduled until November 1, 2018. We were unable to get a response from Plaintiff whether it consented to this request for an extension of time or not.

    Thank you, Your Honor, for your consideration in this matter.

                                            Respectfully submitted,

                                            Joseph D. Lockinger

[1079908-1]