

**KREINCES & ROSENBERG, P.C.**
*Attorneys At Law*

**Leonard Kreinces**

**Howard S. Rosenberg**
Admitted to Practice NY & CT

**Donna Murphy**
Paralegal

900 Merchants Concourse
Suite 305
Westbury, New York 11590
Tel (516) 227-6500
Fax (516) 227-6594
www.kresq.com

October 29, 2018

**VIA ECF**

Hon. Gregory H. Woods
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street, Room 2260
New York, New York 10007

    Re:    Gramercy Produce, Inc. v. Green Summit Group LLP
               a/k/a Green Summit Group LLC et al
               Case No.: 18-cv-5868 (GHW)

Dear Judge Woods:

       I have received an email from Maria Sclafani of the Mediation Office with the United States District Court for the Southern District of New York.

       In her email she requests that I ask the Court to adjourn the mediation with the Court appointed Mediator in view of the adjournment of the initial conference.

       I hereby request that relief in this letter.

                                                   Respectfully yours,

                                                     LEONARD KREINCES

LK/dm
Enc.
cc:  Jonathan M. Herman, Esq. (via email)
      Mediation Office ( via email)
      Joseph D. Lockinger, Esq. (via email)
      Andrew W. Singer, Esq. (via email)

Z:\kreinces1\WORK\General\Gramercy Produce, Inc v. The Green Summit Group #18-18\Judge Woods.ltr.10.29.18.wpd