

**KREINCES & ROSENBERG, P.C.**
*Attorneys At Law*

**Leonard Kreinces**

**Howard S. Rosenberg**
Admitted to Practice NY & CT

**Donna Murphy**
Paralegal

900 Merchants Concourse
Suite 305
Westbury, New York 11590
Tel (516) 227-6500
Fax (516) 227-6594
www.kresq.com

November 27, 2018

**VIA ECF**

Hon. Gregory H. Woods
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street, Room 2260
New York, New York 10007

> Re: Gramercy Produce, Inc. v. Green Summit Group LLP
> a/k/a Green Summit Group LLC et al
> Case No.: 18-cv-5868 (GHW)

Dear Judge Woods:

I am the attorney for the plaintiff in the above-entitled action.

The action has been settled. Counsel for the plaintiff and the defendant are exchanging final documents and I hope to submit a Stipulation of Settlement to be "So Ordered" to the Court within the next week or so.

I am therefore requesting a forty-five (45) day Order in order to complete the matter, because payment will probably not be due before the end of December. I really want to cover myself in not having to apply again should I not receive payment..

The courtesy and cooperation of Chambers is appreciated.

Respectfully yours,

LEONARD KREINCES

LK/dm
cc: Jonathan M. Herman, Esq. (via email)
    Mediation Office ( via email)
    Andrew W. Singer, Esq. (via email)

Z:\kreinces1\WORK\General\Gramercy Produce, Inc v. The Green Summit Group #18-18\Woods.ltr.11.27.18.wpd