UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____

|  |  |  |
|---|---|---|
| GRAMERCY PRODUCE, INC., | : | |
| | : | |
| Plaintiff, | : | **NOTICE OF APPEARANCE** |
| | : | |
| - against - | : | Case No.: 18-cv-05868 (GHW) |
| | : | |
| THE GREEN SUMMIT GROUP LLC a/k/a THE SUMMIT GROUP and TODD A. MILLMAN and PETER SHATZBERG, | : | |
| | : | |
| Defendants, | : | |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

   PLEASE TAKE NOTICE, that Elizabeth E. Schlissel an associate attorney at Tannenbaum Helpern Syracuse & Hirschtritt LLP hereby appears in the above-entitled action as counsel for defendants Green Summit Group LLC a/k/a The Summit Group and Todd A. Millman and hereby demands service of all papers and notices of all proceedings in said action be served upon the undersigned at the office and post office address listed below.

Dated: January 2, 2019
      New York, New York

                                       TANNENBAUM HELPERN
                                       SYRACUSE & HIRSCHTRITT LLP

                                       By: _____*s/ Elizabeth E. Schlissel*_____
                                                  Elizabeth E. Schlissel

                                     900 Third Avenue
                                     New York, New York 10022
                                     Tel:  (212) 508-6714
                                     Fax: (917) 591-8216
                                     Email: schlissel@thsh.com

                                   *Attorneys for Green Summit Group LLC*
                                   *a/k/a The Summit Group and Todd Millman*

TO:

All Attorneys of Record